DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARVIN MARRETT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2641

[February 24, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara McCarthy, Judge; L.T. Case No. 12-015648CF10A.

Marvin Marrett, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and FORST, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***